IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:18-cv-171-FL

| | | |
|---|---|---|
| TAMECA LITTLEJOHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CITY OF JACKSONVILLE, ONSLOW | ) | |
| COUNTY, HANS J. MILLER, Sheriff of Onslow | ) | |
| County, in his individual and official capacities, | ) | |
| ROY F. DORN, III, in his individual and official | ) | |
| capacities, JAILER MS. CHAMBERS, in her | ) | |
| individual and official capacities, and OHIO | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendants. | | |

THIS MATTER comes before the Court upon defendant Sheriff Hans J. Miller's *Consent Motion For An Order Authorizing The Release Of Records Of A Criminal Investigation In The Custody Of A Law Enforcement Agency*. The Court finds that good cause exists to authorize defendant Sheriff Hans J. Miller, through his counsel, to disclose and produce to Plaintiff's counsel and counsel for the co-defendants, through discovery, records in the custody of the Onslow County Sheriff's Office of incident reports involving the Plaintiff during the period of time that she was a pretrial detainee in the Onslow County Detention Center as alleged in the Complaint, along with certain other criminal investigation reports generated by the Onslow County Sheriff's Office that are responsive to the Plaintiff's discovery requests.

For good cause shown, and with the consent of the Plaintiff and the co-defendants, defendant Sheriff Hans J. Miller's motion is GRANTED. Sheriff Miller is hereby authorized, under the provisions of N.C. Gen. Stat. § 132-1.4(a), to release, through his counsel, these

materials to counsel for the Plaintiff and counsel for co-defendants City of Jacksonville and Roy F. Dorn, III.

This the 29th day of August , 2019.

_____
Louise Wood Flanagan
United States District Court